## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

ROSCOE SIMON                                                                                       PLAINTIFF

vs.                                      CASE NO. 2:04cv00141 JMM

FARMER'S GIN COOPERATIVE                                                         DEFENDANT
OF COTTON PLANT, AR

### ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled June 12, 2006, is cancelled.

The complaint and all claims in this action are hereby dismissed with prejudice.

The Court retains complete jurisdiction for 45 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 25th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE